NITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:08-CR-67-DBH-04 |
| | ) |
| PATRICIA MORRISON, | ) |
| DEFENDANT | ) |

## ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE

The defendant Patricia Morrison has asked me to reduce her sentence by removing the "gun enhancement" that applied when she was sentenced in 2009. Apparently it adversely affects her eligibility for the "Residential Drug Program," which I also recommended. Although I was the sentencing judge, I have no authority to remove the enhancement or reduce her sentence under Fed. R. Crim. P. 35 or under 18 U.S.C. § 3582(c). I do congratulate her for the positive steps she has taken in her life. And I do continue to recommend the 500-hour program, but I recognize that the Bureau of Prisons has its own criteria for eligibility.

SO ORDERED.

DATED THIS 31ST DAY OF JULY, 2013

/s/D. Brock Hornby
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE